# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

YOLANDA THOMAS,

       Plaintiff,                      Case No. 17-cv-10558

v                                      Hon. Mark A. Goldsmith

STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO.,

       Defendant.

| ROBERT SMITH  (P31191) | MICHAEL W. SLATER  (P65227) |
|---|---|
| DAILEY LAW FIRM, P.C. | CHASE M. KUBICA  (P74151) |
| Attorney for Plaintiff | PLUNKETT COONEY |
| 36700 Woodward Ave., Ste. 107 | Attorney for Defendant |
| Bloomfield Hills, MI  48304 | 38505 Woodward Ave., Ste. 100 |
| (248) 744-5005 | Bloomfield Hills, MI  48304 |
| rsmith@daileylawyers.com | (248) 594-2703 |
| debbie@daileylawyers.com | mslater@plunkettcooney.com |
|  | ckubica@plunkettcooney.com |

## INDEX OF EXHIBITS TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT

    A.    Dep Transcript of Hunter
    B.    Opinion and Order dtd 11-1-18
    C.    Scheduling Order dtd 5-5-17
    D.    Stipulated Order of Dismissal of Claims Prior to 2-22-16
    E.    Plaintiff's Facilitation Summary
    F.    Attendant Care Services
    G.    Scheduling Order dtd 12-19-17